IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

D.B., by his next friend, KURTIS B.,
JENNIFER B. and KURTIS B.,

       Plaintiffs,

v.

JAMES KOPP, JAN MORAVITS,
LISA RINIKER, GRANT COUNTY
and GRANT COUNTY DEPT. OF SOCIAL
SERVICES,

       Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-773-bbc

---

    This action came for consideration before the court with District Judge  Barbara B.Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Lisa Riniker granting her motion to dismiss.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jan Moravits, James Kopp, Grant County and Grant Country Department of Social Services granting their motion to dismiss with respect to the claims brought by plaintiffs D.B., Jennifer B., and Kurtis B. against those defendants and declining to exercise supplemental jurisdiction over plaintiffs' state law claims against defendants Moravits and Kopp, dismissing those claims without prejudice.


_____        _____
Peter Oppeneer, Clerk of Court                     Date